**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NORBERT J. KEILBACH,

        Plaintiff - Appellant,

v.

EAST WEST BANK; et al.,

        Defendants - Appellees.

No. 15-55472

D.C. No. 2:14-cv-09827-RGK-JC

MEMORANDUM*

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

Argued and Submitted January 10, 2017
Pasadena, California

Before:    KOZINSKI and WATFORD , Circuit Judges, and WHALEY,**
           Senior District Judge.

      Appellant Norbert J. Keilbach appeals from the district court's order

dismissing his complaint for damages allegedly resulting from violations of the

---

     *     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

     **    The Honorable Robert H. Whaley, Senior District Judge for the United States District Court for the Eastern District of Washington, sitting by designation.

Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 *et seq*.

Keilbach also objects to the dismissal of his complaint with prejudice and without leave to amend.

For the reasons stated in the district court's order (<u>Keilbach v. Nam</u>, No. 2:14-cv-09827-RGK-JC (C.D. Cal. Mar. 13, 2015)), the judgment is **AFFIRMED**.